UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MATILDE SANTANA,

    Plaintiff,

v.                                                        Case No.: 6:20-cv-1157-WWB-LRH

TELEMUNDO NETWORK GROUP
LLC, NBCUNIVERSAL MEDIA, LLC and
COMCAST CORPORATION,

    Defendants.
_____/

## ORDER

THIS CAUSE is before the Court on Plaintiff's *Unopposed* Motion to Dismiss Comcast Corporation as a Party Defendant with Prejudice (Doc. 61).  Plaintiff asks this Court, under Federal Rule of Civil Procedure 21, to dismiss Defendant Comcast Corporation with prejudice, because it appears that Comcast Corporation was not Plaintiff's employer as defined by applicable law.  (*Id.* at 1).  Plaintiff asserts, and Defendants do not contest, there will be no undue prejudice to any Defendant if Comcast Corporation is dismissed from the case.  (*Id.* at 2).

Rule 21 provides that "[m]isjoinder of parties is not a ground for dismissing an action. On motion or on its own, the court may at any time, on just terms, add or drop a party."  "Rule 21 is generally used to preserve a federal court's diversity jurisdiction by dropping a nondiverse dispensable party or cure defects in joinder." *Walker v. Allamanda Invs., LLC*, No. 6:20-cv-1149-Orl-22EJK, 2020 WL 6385438, at *1 (M.D. Fla. Oct. 8, 2020) (quotation omitted), *report and recommendation adopted*, 2020 WL 6382025 (M.D. Fla. Oct. 30, 2020).  Here, Plaintiff seeks to dismiss Comcast Corporation as an improper

party, not because it was misjoined or to preserve diversity jurisdiction. Accordingly, the motion will be construed as a motion to dismiss under Rule 41(a)(2). *See id.* For the reasons set forth in the motion, it is **ORDERED** and **ADJUDGED** that Plaintiff's *Unopposed* Motion to Dismiss Comcast Corporation as a Party Defendant with Prejudice (Doc. 61) is **GRANTED**. The Clerk is directed to terminate Comcast Corporation as a Defendant in this matter and amend the case style accordingly.

      **DONE AND ORDERED** in Orlando, Florida on November 4, 2021.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record