**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**MATILDE SANTANA,**

    **Plaintiff,**

v.                                                     **CASE NO. 6:20-CV-1157-ORL-78LRH**

**TELEMUNDO NETWORK GROUP LLC,
NBCUNIVERSAL MEDIA, LLC, and
COMCAST CORPORATION,**

    **Defendants.**
_____/

**INDEX TO DOCUMENTS FILED IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND INCORPORATED MEMORANDUM OF LAW**

The following documents are filed simultaneously in support of Defendants' Motion for Summary Judgment and Incorporated Memorandum of Law:

1. Deposition of Plaintiff with Exhibits dated September 22, 2021

2. Deposition of Patti Lewis with Exhibits dated September 28, 2021

3. Deposition of Anibal Soto with Exhibits dated September 30, 2021

4. Deposition of Dominick Cicale with Exhibits dated September 23, 2021

5. Declaration of Anibal Soto dated November 8, 2021

6. Letter from Plaintiff's counsel dated December 3, 2018, attached to the Defendants' Motion for Summary Judgment as Exhibit A.

Dated this 8th day of November, 2021.

      Respectfully submitted,

      **GRAYROBINSON, P.A.**
      333 S.E. 2nd Avenue, Suite 3200
      Miami, Florida 33131
      Telephone: (305) 416-6880
      Facsimile: (305) 416-6887

      By: s/ Marlene Quintana
          Marlene Quintana, B.C.S.
          Florida Bar No. 88358
          marlene.quintana@gray-robinson.com
          Fabian A. Ruiz
          Florida Bar No. 117928
          fabian.ruiz@gray-robinson.com
          333 S.E. 2nd Avenue, Suite 3200
          Miami, Florida 33131
          Telephone: (305) 416-6880
          Facsimile: (305) 416-6887

          Gregory A. Hearing
          Florida Bar No. 817790
          gregory.hearing@gray-robinson.com
          Sacha Dyson
          Florida Bar No. 509191
          sacha.dyson@gray-robinson.com
          Kevin M. Sullivan
          Florida Bar No. 1003812
          kevin.sullivan@gray-robinson.com
          GRAYROBINSON, P.A.
          401 East Jackson Street, Suite 2700
          Post Office Box 3324 (33601-3324)
          Tampa, Florida 33602
          Telephone:  (813) 273-5000
          Facsimile:  (813) 273- 5145

          Ryan Waters, Esquire
          Florida Bar No. 73619
          ryan.waters@universalorlando.com
          1000 Universal Studios Plaza, Suite 100
          Orlando, FL 32819
          Telephone:  (407) 224-2449

          *Attorneys for Defendants*