UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MATILDE SANTANA,

    Plaintiff,

v.   CASE NO. 6:20-CV-1157-ORL-78LRH

TELEMUNDO NETWORK GROUP LLC,
NBCUNIVERSAL MEDIA, LLC,

    Defendants.
_____/

## DECLARATION OF ANIBAL SOTO IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

I, Anibal Soto, make the following declaration under penalty of perjury pursuant to the laws of the United States:

1. I am over 18 years of age and competent to testify to the matters stated in this declaration. I make this declaration based upon my personal knowledge. This declaration is given voluntarily.

2. Throughout the entirety of my employment with Telemundo, I have never had the authority to hire, promote, demote, reassign, suspend, or terminate the Plaintiff in this case, Matilde Santana ("Ms. Santana").

3. I am aware that Ms. Santana claims that, at some point between June and August 2019, I reached over her chair and rubbed my leg against her and pulled her skirt with my leg to grab a pen on her desk. At no point after November 1, 2018 did I ever intentionally touch or rub my leg against Ms. Santana, and I never pulled her skirt with my leg.

4. If called as a witness in this matter, I will testify to this effect.

PURSUANT TO 28 U.S.C. § 1746, I VERIFY UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

DATED: November 8, 2021

_____
ANIBAL SOTO