

**Florida:** (321) 300-4529
**Puerto Rico:** (787) 891-1111

Home    Practice Areas    Attorneys    Flexible Billing Philosophy    Covid-19    Forms    Contact Us

# Attorneys



### Yanitsia Irizarry Mendez, Esq.

Ms. Yanitsia Irizarry-Mendez has served millions of people as Secretary of Puerto Rico Children and Families, where she personally managed one of the biggest agencies in government.
Ms. Irizarry-Mendez graduated Magna Cum Laude from the Pontifical Catholic University of Puerto Rico, School of Law. She holds a Bachelor's Degree in Political Science, Bachelor's Degree in Arts and Associates Degree in Social Sciences from the University of Puerto Rico – Mayaguez Campus "RUM".

Read More



### Jesus Irizarry, Esq.

Mr. Jesus Irizarry has spent his entire legal career protecting his clients' best interest, by employing a hands-on approach. Mr. Irizarry graduated with honors from the University of Puerto Rico, School of Law, and hold a Bachelor's Degree in Psychology from the University of South Florida. He is licensed to practice law in Florida and Commonwealth of Puerto Rico. He is also fluent in Spanish.

Read More



### John W. Dill, Esq.
### (of Counsel)

Mr. Dill is a Board Certified Civil Trial Lawyer with the Florida Bar. He is also a member of the Million Dollar Advocates Forum, having obtained numerous verdicts and settlements of over one million dollars. He has tried over 180 cases to verdict, including one of the longest federal trials in history, lasting over nine months. Mr. Dill has tried cases in numerous jurisdictions throughout the nation. He has published articles on trial practice and procedure, as well as been called upon to lecture to other attorneys on trial techniques.

Read More

© 2020 Irizarry Mendez PL | Disclaimer | All rights reserved.



Florida: (321) 300-4529
Puerto Rico: (787) 891-1111

Home    Practice Areas    Attorneys    Flexible Billing Philosophy    Covid-19    Forms    Contact Us



## John W. Dill, Esq. (Of Counsel)

John W. Dill was born in Fort Walton Beach, Florida in 1967. He received his B.A. with honors from the University of Florida in 1990. In 1993, he graduated cum laude from Stetson University College of Law where served on Law Review and led the trial team to numerous victories in state and national competitions. He also served as a Judicial Intern for Federal Judge Elizabeth A. Kovachevich. Upon graduation, Mr. Dill worked with the statewide law firm Rumberger, Kirk and Caldwell where he represented the nation's largest manufacturers and insurance companies.

Mr. Dill is a Board Certified Civil Trial Lawyer with the Florida Bar. He is also a member of the Million Dollar Advocates Forum, having obtained numerous verdicts and settlements of over one million dollars. He has tried over 180 cases to verdict, including one of the longest federal trials in history, lasting over nine months. Mr. Dill has tried cases in numerous jurisdictions throughout the nation. He has published articles on trial practice and procedure, as well as been called upon to lecture to other attorneys on trial techniques.

Mr. Dill has handled many high profile cases, including complex litigation involving the world's largest companies. He also has obtained significant jury verdicts on behalf of injured clients in particularly difficult cases, including complex medical malpractice cases, business disputes, catastrophic personal injury, tobacco litigation, product liability, and police misconduct.

Mr. Dill has also been honored with the prestigious AV® Peer Review Rating by Martindale-Hubbell, the preeminent national publication in the legal field. According to Martindale-Hubbell, "An AV rating is a significant accomplishment — a testament to the fact that a lawyer's peers rank him or her at the highest level of professional excellence.

A lawyer must be admitted to the bar for 10 years or more to receive an AV rating. This rating is based upon evaluations by other lawyers and is the highest-ranking attainable by an attorney for ability and ethics in the practice of law. It is a distinction reserved for a select few in the legal community."

In 2009, Mr. Dill was named a diplomate in medical malpractice by the American Board of Professional Liability Attorneys (ABPLA). The ABPLA is the only organization accredited by the American Bar Association to certify attorneys in the area of medical malpractice. Medical malpractice lawyers who are ABPLA Certified must meet and exceed rigorous standards and are recognized as leaders in negligence law.

Mr. Dill has also been named to the American Board of Trial Advocates, a national association of experienced trial attorneys committed to preserving and promoting the civil jury trial right and educating the public about the history and value of the right to trial by jury.

Mr. Dill has been selected for inclusion in the 2010-2018 Florida Super Lawyers' list, an honor that is awarded to only 5% of Florida attorneys each year. A multiphase selection process is used to determine which attorneys will receive this distinction, and nominees are evaluated on the basis of peer recognition and professional excellence.

Mr. Dill has also been named to the list of Florida Legal Elite attorneys for 2010-2018. In order to compile the list, Florida Trend magazine invited in-state members of the Florida Bar to participate in the voting process. Only 918 attorneys were selected for this honor, representing less than 2% of the nearly 63,000 Florida Bar members who practice law in Florida.

Additionally, Mr. Dill has been named to the 2012-2018 Editions of Best Lawyers in America in the areas of Medical Malpractice Law and Personal Injury Litigation. Mr. Dill has obtained verdicts on behalf of his clients totalling more than $230 million dollars.

**Bar Admissions:**

- Florida
- U.S. District Court – Middle District of Florida
- U.S. Courts of Appeals for the Eleventh Circuit

© 2020 Irizarry Mendez PL | Disclaimer | All rights reserved.