| | |
|---|---|
| **From:** | Jeremy Slusher |
| **To:** | Jonathan Glickman |
| **Subject:** | FW: Luis Roldan Deposition - Revised |
| **Date:** | Monday, October 25, 2021 1:13:35 PM |

**From:** Jesus Irizarry <jim@irizarrymendez.com>
**Sent:** Tuesday, October 5, 2021 11:17 PM
**To:** Jeremy Slusher <jes@slusherandrosenblum.com>
**Cc:** Mahra Sarofsky <mcs@slusherandrosenblum.com>; Amanda Grisetti <ag@slusherandrosenblum.com>
**Subject:** Re: Luis Roldan Deposition - Revised

Good evening, Jeremy,

I'm just writing to follow up on the below-referenced email.

Thank you,

On Tue, Oct 5, 2021 at 12:01 AM Jesus Irizarry <jim@irizarrymendez.com> wrote:

> Good morning, Jeremy:
>
> Sorry for the late response.. Three of my cases landed on the same trial period commencing on October 11; so I got tied up working on last minute issues.
>
> Are you available tomorrow, Wednesday, to discuss? Thus far, I'm available all day.
>
> Thank you,
>
> On Mon, Oct 4, 2021, 3:14 PM Jeremy Slusher <jes@slusherandrosenblum.com> wrote:
>
>> Mr. Irizarry,
>>
>> I am following up again as you had said you would get back to me last week.  Thank you.
>>
>> **From:** Jeremy Slusher
>> **Sent:** Friday, October 1, 2021 12:22 PM
>> **To:** Jesus Irizarry <jim@irizarrymendez.com>
>> **Cc:** Mahra Sarofsky <mcs@slusherandrosenblum.com>; Amanda Grisetti

<ag@slusherandrosenblum.com>

**Subject:** RE: Luis Roldan Deposition - Revised

Mr. Irizarry,

I sent you the Amended Complaint and Answer thereto on Wednesday. You had agreed to circle back with us before the end of this week regarding scheduling Mr. Roldan's deposition. Are you in a position now to do so?

**Privileged and Confidential**
This message may contain confidential, privileged, and/or proprietary information. It is intended solely for the addressee(s) indicated above. Redistribution is forbidden without the permission from the sender. If you are not the intended recipient, you are hereby notified that any review, use, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. This communication does not constitute an agreement to represent the recipient and in no way shall be construed to create an attorney-client relationship where one has not already been contracted.

---

**From:** Jesus Irizarry <jim@irizarrymendez.com>
**Sent:** Wednesday, September 29, 2021 8:00 AM
**To:** Jeremy Slusher <jes@slusherandrosenblum.com>
**Cc:** Mahra Sarofsky <mcs@slusherandrosenblum.com>; Amanda Grisetti <ag@slusherandrosenblum.com>
**Subject:** Re: Luis Roldan Deposition - Revised

Good morning, Jeremy:

My office was just retained by Mr. Roldan. With that being said, can you please email me the operative Complaint in your case. I would like to get acquainted with the allegations.

Regarding the below-referenced email, I will confer with Mr. Roldan and circle back before the end of the week.

Regards,

On Tue, Sep 28, 2021 at 11:33 AM Jeremy Slusher <jes@slusherandrosenblum.com> wrote:

> Mr. Roldan,
>
> We were advised you are represented by Mr. Jesus Irizarry, so we are copying him on this email. Although we have tried to reach out to Mr. Irizarry multiple times regarding your deposition, he has not returned our calls. Will one of you please advise if, in fact, Mr. Irizarry is representing you. In addition, we would be happy to coordinate a different day for your deposition. Please advise (or, if Mr. Irizarry is representing you, we request he advise) as to your availability this and next week. Thank you.
>
> **Privileged and Confidential**
> This message may contain confidential, privileged, and/or proprietary information. It is intended solely for the addressee(s) indicated above. Redistribution is forbidden without the permission from the sender. If you are not the intended recipient, you are hereby notified that any review, use, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. This communication does not constitute an agreement to represent the recipient and in no way shall be construed to create an attorney-client relationship where one has not already been contracted.

> **From:** luis roldan <luisiroldan@yahoo.com>
> **Sent:** Sunday, September 26, 2021 6:34 PM
> **To:** Jeremy Slusher <jes@slusherandrosenblum.com>
> **Subject:** Re: Luis Roldan Deposition - Revised
>
> On Sunday, September 26, 2021, 05:36:52 PM EDT, luis roldan <luisiroldan@yahoo.com> wrote:
>
> Please be aware that I was improperly served with a subpoena for a deposition , only 2 days prior notice.
>
> I cannot attend the deposition.
>
> Thank you,
>
> Luis Roldan
>
>
> --
> *Jesus Irizarry, Esq.*
> **IRIZARRY MENDEZ PL**
> **Attorneys At Law**
> Physical Address: 390 N. Orange Ave., Suite 2300, Orlando, FL 32801
> Mailing Address: P.O. Box 771713, Orlando, FL 32877
> Office: (321) 300-4LAW (529)
> Fax: (888) 901-4LAW (529)
> E-mail: jim@IrizarryMendez.com
> Website: www.IrizarryMendez.com
> -------------------------------------
>
> **We are still fully operational (*i.e.*, remotely), and working hard for both new and existing clients. However, due to the recent restrictions, we respectfully request that you send all documentation or correspondence to our office electronically instead of via mail or fax.**
>
> The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication by error, please notify us immediately by e-mail, and delete the original message.
>
> IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of: (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

--
*Jesus Irizarry, Esq.*

**IRIZARRY MENDEZ PL**
**Attorneys At Law**
Physical Address: 390 N. Orange Ave., Suite 2300, Orlando, FL 32801
Mailing Address: P.O. Box 771713, Orlando, FL 32877
Office: (321) 300-4LAW (529)
Fax: (888) 901-4LAW (529)
E-mail: jim@IrizarryMendez.com
Website: www.IrizarryMendez.com

-------------------------------------

**We are still fully operational (*i.e.*, remotely), and working hard for both new and existing clients. However, due to the recent restrictions, we respectfully request that you send all documentation or correspondence to our office electronically instead of via mail or fax.**

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication by error, please notify us immediately by e-mail, and delete the original message.

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of: (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.