🔍 Sandra Cuba - Real Estate P…

**Home**  Reviews  Photos  Posts  Community

 **Sandra Cuba - Real Estate Professional**
Oct 30, 2021 · 🌐

All ready for trick or treaters in my 'hood! Happy Halloween! 🎃 👻         #lovemyneighborhood #winterpark #spookyseason #halloweendeco… See More



👍❤️ 7                                    12 Comments

✉️ **Contact Us**

sandracuba.premiersothebysrealty.com

News Feed | Watch | Pages (9+) | News | Notifications | Menu

**Sandra Cuba - Real Estate Professional**
Dec 3, 2021

Great place to kick off the weekend with some wine tasting, courtesy of sommelier Kyle Riddington at his new boutique Modest Wine. Making wine selection so easy!!
#winterparkfl #winelovers #uniqueselection #friday #viernessocial #loveflorida



sandracuba.premiersothebysrealty.com