# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

MATILDE SANTANA,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　Case No:   6:20-cv-1157-WWB-LRH

TELEMUNDO NETWORK GROUP
LLC and
NBCUNIVERSAL MEDIA, LLC

    Defendants.

## ORDER

Counsel for the parties may bring into the courthouse electronic equipment, to include cellphones, laptops, power supplies, cables, and connectors associated therewith, for use during the evidentiary hearing scheduled before the undersigned on January 20, 2022 in Courtroom 5D.

Counsel for the parties shall present a copy of this Order to security personnel upon entrance into the courthouse with such equipment.   The equipment may be subject to inspection at any time by courthouse security personnel.   The electronic equipment may be used in Courtroom 5D but not in the public areas of the courthouse.

- 2 -

**DONE** and **ORDERED** in Orlando, Florida on January 18, 2022.

*Leslie R. Hoffman*

LESLIE R. HOFFMAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties